IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DEXAS INTERNATIONAL, LTD.,** | § § § | Civil Action No. |
| **Plaintiff,** | § § | **4:15-cv-826** |
| V. | § § | **JURY DEMANDED** |
| **BEST BRANDS CONSUMER PRODUCTS, INC.,** | § § § § | |
| **Defendant.** | § | |

# ORIGINAL COMPLAINT WITH REQUEST FOR PERMANENT INJUNCTIVE RELIEF AND DAMAGES AND JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Dexas International, Ltd., for its complaint against Defendant Best Brands Consumer Products, Inc., would respectfully show the Court as follows:

INTRODUCTION

1. Plaintiff Dexas International, Ltd. ("Dexas") is a limited partnership with its principal place of business at 585 South Royal Lane, Suite 200, Coppell, TX  75019-3807. Defendant Best Brands Consumer Products, Inc. is a New York corporation with its principal place of business at 25 Merrick Avenue, Merrick, NY  11566.

## JURISDICTION AND VENUE

2. This is an action arising under the Patent Laws of the United States, 35 U.S.C. §§ 101, et seq., with subject matter jurisdiction based on 28 U.S.C. § 1338(a).

3. The Court has personal jurisdiction over Defendant in that it has sufficient contacts within the State of Texas and this Judicial District to subject it to specific and general personal jurisdiction. The contacts with the State of Texas and this Judicial District and Division include placing its infringing products and other products in the stream of commerce through established distribution channels, including sales through Amazon.com, knowing and reasonably anticipating that Texas and this District were likely destinations of the products.

4. Venue is proper in the Eastern District of Texas under 28 U.S.C. §1400(b) with 28 U.S.C. §1391(c).

## COUNT I – DESIGN PATENT INFRINGEMENT

5. On December 18, 2007, inventor Ellis N. Shamoon was duly and legally issued United States Letters Patent D557,570 for an ornamental design entitled "Spoon Rest." A copy of said patent is attached as Exhibit A. At all times relevant herein, Plaintiff has been and still is the assignee of the patent and owns all rights to sue for infringement of said patent.

6. Defendant has been and still is infringing the patent by making, selling, offering for sale importing and/or using products embodying the Plaintiff's patented design. The infringing product is labeled "Gourmet Club Silicone Spoon Rest," and a photograph of same is attached as Exhibit B. Defendant also labels its product as "Cuisinart Silicone Spoon Rest." The infringing product is offered for sale on Amazon.com. Defendant will continue to infringe the patent unless enjoined by the Court.

7. Defendant's infringement has caused Plaintiff to suffer damages.  On information and belief, said infringement was willful, making this an exceptional case.

8. As an additional remedy Plaintiff is entitled to an award of Defendant's and its wholesale customers' total profits earned from the design patent infringement.

## JURY DEMAND

Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment as follows:

a. That Defendant, its agents, servants and employees and all those in privity, concert or participation with any of them, be enjoined from making, using and selling any product in violation of Plaintiff's patent on the "Spoon Rest" design;

b. That Plaintiff be granted a judgment against Defendant for its damages, which damages should be trebled;

c. That Defendant be required to account for and pay over to Plaintiff all profits which Defendant has derived from the infringement of Plaintiff's patent;

d. That Defendant be required to pay the Plaintiff its costs incurred herein, as well as reasonable attorney's fees, as provided by the Patent Laws;

e. That the Defendant be required to pay the Plaintiff pre-judgment interest on the amount awarded and post-judgment interest until paid, all at the lawful rate; and

f. That Plaintiff have such other and further relief as to this Court seems just and proper.

DATED: December 3, 2015

Respectfully submitted,

/s/ Daniel V. Thompson
State Bar No. 19909200
The Law Office of Daniel V. Thompson, P.C.
9304 Forest Lane, Suite N253
Dallas, TX 75243
phone 972-479-0900
fax 972-852-1699
email dt@dfwpatent.com

ATTORNEY FOR PLAINTIFF