US00D557570S

(12) **United States Design Patent**  (10) Patent No.:     **US D557,570 S**
Shamoon                                   (45) Date of Patent:  ** Dec. 18, 2007

(54) **SPOON REST**

(76) Inventor:  **Ellis N. Shamoon**, 2833 Park Bridge Ct., Dallas, TX (US) 75219

(**) Term:  **14 Years**

(21) Appl. No.: **29/276,542**

(22) Filed:  **Jan. 29, 2007**

(51) **LOC (8) Cl.** .................................................. 07-99
(52) **U.S. Cl.** ...................................................... D7/637
(58) **Field of Classification Search** ......... D7/637–641, D7/601; 211/13.1, 60.1, 70.6, 70.7, 74; 248/37.3, 248/37.6
See application file for complete search history.

(56)            **References Cited**
            U.S. PATENT DOCUMENTS

| D274,684 S  | * | 7/1984   | Norton        | D7/637 |
| D465,974 S  | * | 11/2002  | Dorion et al. | D7/637 |
| D466,375 S  | * | 12/2002  | Dorion et al. | D7/637 |
| D497,292 S  | * | 10/2004  | Snell         | D7/637 |
| D500,232 S  | * | 12/2004  | Sellers et al.| D7/637 |
| D532,657 S  | * | 11/2006  | Del Rosario   | D7/637 |

* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Daniel V. Thompson

(57)            **CLAIM**

The ornamental design for a "spoon rest," as shown and described.

            **DESCRIPTION**

FIG. **1** is a perspective view;
FIG. **2** is a front view;
FIG. **3** is a back view;
FIG. **4** is a side view;
FIG. **5** is a side view similar to FIG. **4** rotated 180 degrees;
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Exhibit A, page 3 of 4



FIG. 6



FIG. 7